UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLIE THOMAS,

Plaintiff,

v.

Case No. 25-cv-10153
Hon. Matthew F. Leitman

ACTABL SERVICES, LLC,

Defendant.

______________________________________/

**JUDGMENT**

In accordance with the order entered on this day,

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant and against Plaintiff.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: September 29, 2026
Detroit, Michigan